OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 "Whether a police officer has the requisite reasonable suspicion to believe a defendant had been, is then or is about to be engaged in conduct in violation of the law is generally a mixed question of law and fact which can rarely be resolved as a matter of law”
 
 (People v Chilton,
 
 69 NY2d 928, 929;
 
 *945
 

 People v Harrison,
 
 57 NY2d 470, 477-478). Inasmuch as there is evidence in the record to support the hearing court’s finding, undisturbed by the Appellate Division, that there was a sufficient predicate for the officer’s interference with defendant as he attempted to walk away from the taxi, our review process is at an end
 
 (People v Jones,
 
 69 NY2d 853, 855).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed in a memorandum.